EILEEN M. DECKER  
United States Attorney  
DOROTHY A. SCHOUTEN  
Assistant United States Attorney  
Chief, Civil Division  
JENNIFER LEE TARN, CSBN 240609  
Special Assistant United States Attorney  
    Social Security Administration  
    160 Spear Street, Suite 800  
    San Francisco, CA  94105  
    Telephone: (415) 977-8825  
    Facsimile: (415) 744-0134  
    Email: Jennifer.Tarn@ssa.gov  
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JEANINE GIESREGEN *obo* SCOTT G. GIESREGEN,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-08278-DSF-JCG<br><br>**JUDGMENT** |

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: April 01, 2016            _____  
                                      HONORABLE JAY C. GANDHI  
                                      UNITED STATES MAGISTRATE JUDGE