EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JEANINE GIESREGEN *obo* SCOTT G. GIESREGEN,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:15-cv-08278-DSF-JCG<br><br>**ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

-1-

1    Based upon the parties' Stipulation for the Award and Payment of Equal
2 Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and
3 expenses in the amount of four thousand eighty-two dollars ($4,082.00) as
4 authorized by 28 U.S.C. § 2412, and costs in the amount of four hundred dollars
5 ($400.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of
6 the Stipulation.

7 DATED: May 20, 2016    _____
8                        HON. JAY C. GANDHI
9                        UNITED STATES MAGISTRATE JUDGE